RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

NITHYA SENRA (CABN 291803)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-6422
       (202) 307-6570
Fax:   (202) 307-0054
Email: Nithya.Senra@usdoj.gov

ROBERT S. BREWER, JR.
United States Attorney
*Of Counsel*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:18-cv-02292-CAB-BGS |
| v. | NOTICE OF SATISFACTION OF JUDGMENT |
| M. KHALID SAFI, | |
| Defendant. | |

The judgment entered in this action on January 22, 2019, under Docket Entry 14, in favor of the United States and against Defendant M. Khalid Safi, in the principal amount of $106,789.03, pursuant to their Joint Motion (Dkt. No. 11), having been satisfied, the United States authorizes and requests the Clerk of Court to mark this judgment satisfied.

1

DATED this 29th day of October, 2019

                    RICHARD E. ZUCKERMAN
                    Principal Deputy Assistant Attorney General

                    */s/ Nithya Senra*
                    NITHYA SENRA
                    Trial Attorney, Tax Division
                    U.S. Department of Justice

                    *Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF SATISFACTION OF JUGMENT has been made this 29th day of October, 2019, upon the following parties by depositing a copy therefore in the United States Mail in a postage prepaid envelope addressed to:

M. Khalid Safi
15071 Huntington Gate Drive
Poway, CA 92064
*Defendant*

                    */s/ Nithya Senra*
                    NITHYA SENRA
                    Trial Attorney, Tax Division
                    United States Department of Justice